UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: John Stewart  
      Debtor

Case No. 17-10085-BAH  
Chapter 13

### Affidavit of Debtor Regarding Domestic Support Obligations and Domicile, Equity, and Litigation Status at the time of Confirmation of the Plan

I, John Stewart debtor in the above-cited case, being duly sworn, do solemnly swear on my oath and make the following statements at the time the Confirmation of the Plan.

## REGARDING DOMESTIC SUPPORT:

EITHER:

__X__ To the best of my knowledge and belief, I am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

___ I am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

## REGARDING MY DOMICILE:

__X__ I have been continuously domiciled in the State of New Hampshire for at least 730 days (approximately two years) pre-petition  
**OR**  
___ I have not been continuously domiciled in the State of New Hampshire for the last 730 days (approximately two years); for the majority of the 180 days prior to that date I was domiciled as follows:

_____

**REFERENCING SECTION 522 (o):**  
Regarding payments made on the mortgage on my homestead, over the ten year period pre-petition, not counting the regularly required payments, I  
_____ HAVE  
__X__ HAVE NOT  
paid **EXTRA** mortgage payments totaling more than $10,000.00.

1

**REFERENCING SECTION 522 (p):**
Regarding my homestead real estate, the date of acquisition of my interest was:
   Date of acquisition: _____2014_____
   I own no homestead real estate: _____

## REGARDING OTHER MATTERS:

To the best of my knowledge and belief:

I HAVE___ or HAVE NOT _X_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my/our sentence.

I DO___ or DO NOT _X_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I HAVE _X_ or HAVE NOT___ been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

_____
John Stewart

On this the 21th Day of February, 2017, before me, personally appeared John Stewart satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

_____
Justice of the Peace/Notary Public

I hereby certify that a copy of this affidavit has been sent to the above named Domestic Support Obligee and/or agency, if applicable.

/s/ Lawrence P. Sumski
Lawrence P. Sumski

2