UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re: John L. Stewart                                BK No. 17-10085-BAH
                **Debtor**                                                            Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.     I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.     I intend to do the following with respect to the property of the estate which secures those consumer debts:

See attached:   Chapter 7 Individual Debtor's Statement of Intention

Date: April 7, 2017                                         /s/John L. Stewart
                                                                         Debtor: John L. Stewart